Charles L. Coleman, III (SBN 65496)
Chung-Han Lee (SBN 231950)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

**E-filed 6/6/05**

Scott W. Petersen (admitted *pro hac vice*)
Donald G. Mulack (admitted *pro hac vice*)
HOLLAND & KNIGHT LLP
131 South Dearborn Street 30th Floor
Chicago, IL 60603
Telephone: (312) 236-3600
Facsimile: (312) 578-6666

Attorneys for Plaintiff
CAYMUS VINEYARDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAYMUS VINEYARDS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CAYMAS SYSTEMS, INC., a Delaware corporation,<br><br>Defendant. | No. C 04 4366 (JF)<br><br>MOTION TO ENLARGE TIME AND EXTEND CASE MANAGEMENT ORDER DEADLINES AND [PROPOSED] ORDER<br><br>The Honorable Judge Jeremy Fogel<br><br>[DECLARATION OF CHUNG-HAN LEE FILED CONCURRENTLY HEREWITH] |

1.  On March 18, 2005 the Court entered its Case Management Order setting forth deadlines for various discovery and motions as follows:

| | |
|---|---|
| Discovery Cut-Off (Except Experts): | June 15, 2005 |
| Exchange Of Expert Reports: | July 15, 2005 |
| Exchange Rebuttal Reports | August 15, 2005 |
| Expert Discovery Cut-Off | September 15, 2005 |

-1-

| | |
|---|---|
| Last Hearing Date for Dispositive Motions: | December 1, 2005 |
| Pre-Trial Conference: | February 1, 2006 |
| Trial Date: | March 1, 2006 |

2. The parties exchanged written discovery in April, 2005. During the last six weeks the parties have also engaged in the Early Neutral Evaluation ("ENE") procedure having prepared detailed ENE Statements for the evaluator, and conducted a five hour evaluation meeting on May 24, 2005 at which time the parties began serious settlement discussions.

3. Although settlement discussions have begun in earnest, which may lead to an early resolution of the present dispute, the parties will become distracted from that endeavor due to the upcoming June 15, 2005 discovery cut-off for non-experts depositions. To enable the parties to devote their full devotion to settlement discussions and the documentation needed to effectuate such settlement, plaintiff seeks to extend the date by which the parties must complete the above non-expert depositions by six weeks to August 1, 2005. Furthermore, the parties would be prejudiced and substantially harmed in that the parties would incur significant fees and costs associated with preparing and taking approximately fourteen (14) non-expert depositions (plaintiff 6, defendant 8) which would be unnecessary if the settlement discussions lead to a resolution of this case.

4. Plaintiff's counsel has made an attempt to obtain a stipulation to the time change from defendant's counsel. On May 27, 2005, plaintiff's counsel Mr. Donald Mulack contacted defendant's counsel Mr. Peter Goldsmith in order to discuss a stipulated request for an order to extend the discovery in order for the parties to further pursue settlement negotiations in earnest. Mr. Goldsmith would not agree to the stipulation at the time indicating that he was out of the office and would have to respond to the extension issue upon his return to the office on Tuesday, May 31, 2005. Given the upcoming deadline and the need to proceed with the non-expert depositions should defendant not stipulate to the extension, plaintiff could not wait until next week to file this motion.

5. Therefore, Plaintiff respectfully requests that the Court amend the Case Management Order to enlarge the time by which non-expert discovery is completed by six weeks to August 1, 2005, and commensurate with this request, extend each of the remaining discovery dates six weeks as well to the following dates:

-2-

PLAINTIFF'S MOTION TO ENLARGE TIME AND
EXTEND CASE MANAGEMENT ORDER
DEADLINES

Case No. C 04 4366 (JF)

| | | |
|---|---|---|
| 1 | Discovery Cut-Off (Except Experts): | August 1, 2005 |
| 2 | Exchange of Expert Reports: | September 1, 2005 |
| 3 | Exchange Rebuttal Reports: | October 1, 2005 |
| 4 | Expert Discovery Cut-Off: | November 1, 2005 |
| 5 | Last Hearing Date for Dispositive Motions: | January 15, 2006 |
| 6 | Pre-Trial Conference: | March 15, 2006 |
| 7 | Trial Date: | April 15, 2006 |

6. No previous extensions of time have been requested by the parties, and this request is made in the interest of facilitating further settlement discussions, and not for any purposes of delay.

7. Pursuant to Local Rule 6-3, the Declaration of Chung-Han Lee in support this motion is filed concurrently herewith.

Dated: May 27, 2005                                HOLLAND & KNIGHT LLP


_____/s/_____
Charles L. Coleman, III
Chung-Han Lee
50 California Street, Suite 2800
San Francisco, CA 94111
(415) 743-6900 (telephone)
(415) 743-6910 (facsimile)

Scott W. Petersen
Donald G. Mulack
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
(312) 263-3600 (telephone)
(312) 578-6666 (facsimile)

Attorneys for Plaintiff
CAYMUS VINEYARDS

# 2947298_v1

IT IS SO ORDERED 6/6/05     Judge Jeremy Fogel /s/electronic signature
United States District Court

-3-

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910