Charles L. Coleman, III (SBN 65496)
Chung-Han Lee (SBN 231950)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Scott W. Petersen (admitted *pro hac vice*)
Donald G. Mulack (admitted *pro hac vice*)
HOLLAND & KNIGHT LLP
131 South Dearborn Street 30th Floor
Chicago, IL 60603
Telephone: (312) 236-3600
Facsimile: (312) 578-6666

Attorneys for Plaintiff
CAYMUS VINEYARDS

**E-filed 7/20/05**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CAYMUS VINEYARDS, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CAYMAS SYSTEMS, INC., a Delaware corporation,<br><br>    Defendant. | No. C 04 4366 (JF)<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

The parties to the above-entitled action by their undersigned counsel, hereby stipulate to dismiss this action with prejudice, all matters in controversy having been settled and compromised pursuant to the parties' Settlement Agreement.

| | | |
|---|---|---|
| 1 | Dated: July 15, 2005 | Respectfully submitted, |
| 2 | | HOLLAND & KNIGHT LLP |
| 3 | | |
| 4 | | |
| 5 | | By: _____ |
| 6 | | Charles L. Coleman, III |
| 6 | | Chung-Han Lee |
| 7 | | Donald G. Mulack |
| | | Scott W. Petersen |
| 8 | | |
| 9 | | Attorneys for Plaintiff |
| | | CAYMUS VINEYARDS |
| 10 | | |
| 11 | Dated: July 15, 2005 | TOWNSEND & TOWNSEND & CREW LLP |
| 12 | | |
| 13 | | By: _____ |
| 14 | | Peter H. Goldsmith |
| | | Elizabeth R. Gosse |
| 15 | | |
| 16 | | Attorneys for CAYMAS SYSTEMS, INC. |

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

STIPULATED DISMISSAL AND
[PROPOSED] ORDER

-2-

Case No. C 04 4366 (JF)

## ORDER OF DISMISSAL

Pursuant to the parties' Stipulation For Dismissal, this case is hereby dismissed, with prejudice, each party to pay its own costs.

Dated: July 20, 2005

Judge Jeremy Fogel /s/electronic signature authorized
United States District Court

# 3062130_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910